IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**                                                                                              **PLAINTIFF**

**V.**                                        **NO: 3:22CV203 M-P**

**13 ASSOCIATES, LLC.**                                                        **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [16] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

This the 12th day of July 2023.

                                               /s/ MICHAEL P. MILLS
                                               UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF MISSISSIPPI